Civil- (Dec-2008)

HONORABLE: Stefan R. Underhill
DEPUTY CLERK: J. Reis
RPTR/ECRO/TAPE: Melissa Cianciullo
TOTAL TIME: 1 hours 29 minutes
DATE: 10/20/2023   START TIME: 3:06 PM   END TIME: 4:35 PM
LUNCH RECESS   FROM:   TO:
RECESS (if more than ½ hr)   FROM:   TO:

CIVIL NO. 3:21-cv-01064-SRU

Reynolds
vs
Quiros et al

David N. Rosen
Plaintiff's Counsel

Frank Garofalo and James Belforti
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing                ☐ Show Cause Hearing
☐ Evidentiary Hearing           ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ …..# 122   Motion for Summary Judgment by Defendants   ☐ granted ☐ denied ☑ advisement
☐ …..#____   Motion____   ☐ granted ☐ denied ☐ advisement
☐ …..#____   Motion____   ☐ granted ☐ denied ☐ advisement
☐ …..#____   Motion____   ☐ granted ☐ denied ☐ advisement
☐ …..#____   Motion____   ☐ granted ☐ denied ☐ advisement
☐ …..#____   Motion____   ☐ granted ☐ denied ☐ advisement
☐ …..#____   Motion____   ☐ granted ☐ denied ☐ advisement
☐ …..         Oral Motion____   ☐ granted ☐ denied ☐ advisement
☐ …..         Oral Motion____   ☐ granted ☐ denied ☐ advisement
☐ …..         Oral Motion____   ☐ granted ☐ denied ☐ advisement
☐ …..         Oral Motion____   ☐ granted ☐ denied ☐ advisement
☐ …..         ☐ Briefs(s) due ____   ☐ Proposed Findings due ____   Response due ____
☐ ………..      ____   ☐ filed ☐ docketed
☐ ………..      ____   ☐ filed ☐ docketed
☐ ………..      ____   ☐ filed ☐ docketed
☐ ………..      ____   ☐ filed ☐ docketed
☐ ………..      ____   ☐ filed ☐ docketed
☐ ………..      ____   ☐ filed ☐ docketed
☐ ………..      Hearing continued until ____ at ____

Notes: The pretrial conference on 10/23/2023 and trial beginning on 10/26 are continued without date.