UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RICHARD REYNOLDS,

    Plaintiff,

V.                                                                             3:21-cv-01064-SRU

ANGEL QUIROS, KRISTINE BARONE,
SCOTT SALIUS, WILLIAM MULLIGAN,
BURNS, DAVID MAIGA,
CRAIG WASHINTON, ROGER BOWLES,
DAMIEN DORAN,

    Defendants.

## JUDGMENT

This matter came on for consideration on defendants' motion for summary judgment (doc. no. 122) before the Honorable Stefan R. Underhill, United States District Judge. Following oral argument on October 20, 2023, and having considered the full record of the case, the Court entered a ruling (doc. no. 152) granting the defendants' motion for the reasons stated in the ruling.

Because counsel was appointed in this case under Local Civil Rule 83.10, this Court shall retain jurisdiction to adjudicate any dispute between such counsel and his or her client arising from the representation in this case, including without limitation, a grievance or malpractice claim. It is therefore;

ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of the defendants, against the plaintiff, and the case is closed.

Dated at Bridgeport, Connecticut, this 25th day of March 2024.

                                                                                  DINAH MILTON KINNEY, Clerk

                                                                                  By:   /s/ Julia Reis
                                                                                   Deputy Clerk

EOD: 3/25/2024